# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132362

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TINA LAVINA LAZARIDIS, a/k/a
CHRISTINA LEFKOTHEA LAZARIDIS,
      Plaintiff-Appellee,

v

SC: 132362
COA: 272239
Ottawa CC: 04-050111-UN

EMMANUEL N. LAZARIDIS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 23, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

s0122

_____
Clerk